# EXHIBIT 1

EXHIBIT 1

ELECTRONICALLY FILED
6/28/2024 3:43 PM
Heidi Percy
County Clerk
Snohomish County, WASH
Case Number: 24-2-05012-31

1

2

3

4

5

6

7

8       **IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON**
        **IN AND FOR THE COUNTY OF SNOHOMISH**

9

10  **DOUGLAS HEIN,** individually and on behalf          24-2-05012-31
    of all others similarly situated,              **Case No.**

11

12          Plaintiff,                             **CLASS ACTION COMPLAINT FOR**
                                                   **VIOLATIONS OF WASHINGTON'S**
13          v.                                     **WAGE TRANSPARENCY LAW (RCW**
                                                   **49.58.110)**
14  **CRASH CHAMPIONS, LLC,** a Foreign
    Limited Liability Company, and **DOES 1-10,**

15  inclusive,

16          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

Plaintiff Douglas Hein ("Plaintiff"), by and through his undersigned attorneys and on behalf of himself and all others similarly situated, complains and alleges the following:

## I.    <u>NATURE OF ACTION</u>

1.    This is a class action pursuant to Wash. Super. Ct. Civ. R. 23 against Defendant Crash Champions, LLC ("Crash Champions"), its subsidiaries and affiliated companies, and DOES 1-10, inclusive ("Doe Defendants") (together "Defendant"), for engaging in a systematic scheme of failing to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in job openings.

2.    Plaintiff seeks statutory penalties, attorneys' fees, and costs for Defendant's failure to include the wage scale, salary range, and/or a general description of all benefits and other compensation to be offered in its job openings under RCW 49.58.110 and 49.58.070(1)

## II.    <u>THE PARTIES</u>

3.    Plaintiff, who at all relevant times was a resident of Lynnwood, Washington, applied for a job position in Washington State with Defendant in or around August 2023. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. Plaintiff applied for the job in good faith with the genuine intent of gaining employment and, as such, became personally exposed to risk of harm caused by Defendant's violations. Plaintiff seeks to represent a class of all individuals who, from January 1, 2023 through the present (the "Class Period"), applied for a job in the State of Washington with Defendant, where the job posting did not disclose the wage scale or salary range for the position.

4.    Defendant Crash Champions is a Foreign Limited Liability Company with its headquarters located in Westmont, Illinois. On information and believe, Defendant operates 32 locations in the State of Washington, including a location in Lynnwood, Washington.

5.    Plaintiff is ignorant of the true names and capacities, whether individual, corporate, associate, or otherwise, of Doe Defendants sued herein as DOES 1 through 10, inclusive, and, therefore, sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

1  thereon alleges that each of these fictitiously named Doe Defendants is responsible in some manner
2  for the occurrences herein alleged, in that they were prospective employers or prospective co-
3  employers of Plaintiff and the Class, and that Plaintiff's damages, as herein alleged, were
4  proximately caused by such Doe Defendants.

5              ### III.    JURISDICTION & VENUE

6         6.    This Court has jurisdiction over this action to recover damages pursuant to RCW
7  4.12.025(1)(a) and RCW 49.58.070(1).

8         7.    Venue is proper in Snohomish County, pursuant to RCW 4.12.025(1), because it is
9  a county in which Defendant transacts business. Defendant transacts business in Snohomish
10 County during the Class Period. Venue is, therefore, proper in Snohomish County.

11             ### IV.    FACTUAL ALLEGATIONS

12        8.    On information and belief, during the Class Period, Defendant fielded employment
13 applications from hundreds of individuals for jobs in Washington State.

14        9.    Facts and Law Regarding Defendant's Violations of RCW 49.58.110(1): Effective
15 January 1, 2023, employers in Washington must disclose in each posting for each job opening, the
16 wage scale or salary range and a general description of all of the benefits and other compensation
17 to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110,
18 "posting" means any solicitation intended to recruit job applicants for a specific available position,
19 including recruitment done directly *by an employer or indirectly through a third party*, and
20 includes any postings done electronically, or with a printed hard copy, that includes qualifications
21 for desired applicants. RCW 49.58.110(1) (emphasis added). This section only applies to
22 employers with 15 or more employees. RCW 49.58.110(3). At all relevant times, Defendant
23 employed more than 15 individuals.

24        10.   From January 1, 2023 to the present, Plaintiff and the Class Members applied to
25 job openings with Defendant for positions located in Washington State where Defendant's job
26 postings did not disclose the wage scale, salary range, and/or a general description of the benefits
27 and other compensation to be offered.

28        11.   Specifically, in or around August 2023, Plaintiff applied for a job opening in

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

Washington State with Defendant. Defendant's job postings do not disclose the wage scale, salary range, or a general description of the benefits and other compensation to be offered. True and correct copies of Defendant's current job postings on Defendant's website are attached hereto as **Exhibit A** (last accessed May 28, 2024), which are silent as to compensation. There was and is no range of possible salaries stated, nor was or is there any wage scale of what employees earn included in the job postings. On information and belief, most or all of Defendant's job postings for jobs in Washington include the same language when referring to compensation, including those job postings done indirectly through a third party.

12.     Plaintiff and the Class Members lost valuable time applying for jobs with Defendant for which the wage scale or salary range was not disclosed to them.

13.     As a result of Plaintiff's and Class Members' inability to evaluate the pay for the position, negotiate that pay, and compare that pay to other available positions in the marketplace, Plaintiff and the Class Members were harmed.

## V.     CLASS ACTION ALLEGATIONS

14.     Plaintiff brings this case as a class action pursuant to CR 23 on behalf of the following Class (the "Class" or "Class Members"):

> **All individuals who, from January 1, 2023 through the present (the "Class Period") applied for a job opening in the State of Washington with Defendant where the job posting did not disclose the wage scale or salary range for the position.[1]**

15.     Plaintiff reserves the right to amend or modify the class descriptions with greater specificity, by division into subclasses, or by limitation to particular issues.

16.     On information and belief, there are estimated to be hundreds of individuals in the Class. Given Defendant's systemic failure to comply with RCW 49.58.110(1), the members of the Class are so numerous that joinder of all members is impractical.

---

[1] Plaintiff reserves the right to modify the Class definition at a later date to conform to new facts learned, including the properly named entity Defendant(s). Plaintiff also reserves the right to move for certification on certain claims as to certain subclasses.

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

17.     Plaintiff's claims are typical of the claims of the members of the Class because he and they applied for employment with Defendant during the Class Period and he and they sustained damages arising out of Defendant's failure to include the wage scale and salary range on job postings during the Class Period.

18.     Plaintiff will fairly and adequately represent the interests of the Class. Plaintiff has no conflict of interest with any member of the Class. Plaintiff has retained competent and experienced counsel in complex class action litigation. Plaintiff's counsel has the expertise and financial resources to adequately represent the interests of the Class.

19.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Plaintiff and the Class are the following:

a.     Whether Plaintiff and Class Members applied for jobs with Defendant during the Class Period where Defendant's job postings failed to include the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered;

b.     Whether Defendant violated RCW 49.58.110(1) by failing to disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in job postings during the Class Period;

c.     The proper formula(s) for calculating damages and interest owed to Plaintiff and Class Members; and

d.     The nature and extent of class-wide damages and the measure of damages for the Class.

20.     Class action treatment is superior to any alternative to ensure the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without duplication of effort and expense that numerous individuals would entail. No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy. The Class Members are readily identifiable from

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

Defendant's employee rosters, HR databases, payroll records, and/or job applicant records.

21.     Defendant's actions are generally applicable to each member of the Class. Prosecution of separate actions by individual members of the Class creates the risk of inconsistent or varying adjudications of the issues presented herein, which, in turn, would establish incompatible standards of conduct for Defendant.

22.     Because joinder of all members is impractical, a class action is superior to other available methods for the fair and efficient adjudication of this controversy. Furthermore, the amounts at stake for many members of the Class, while substantial, may not be sufficient to enable them to maintain separate suits against Defendant.

## VI.     CAUSE OF ACTION
### Violation of RCW 49.58.110

23.     Plaintiff re-alleges and incorporates by reference each and every allegation set forth in the preceding paragraphs.

24.     Effective January 1, 2023, employers must disclose in each posting for each job opening, the wage scale or salary range and a general description of all of the benefits and other compensation to be offered to the hired applicant. RCW 49.58.110(1). For the purposes of RCW 49.58.110, "posting" means any solicitation intended to recruit job applicants for a specific available position, including recruitment done directly by an employer or indirectly through a third party, and includes any postings done electronically, or with a printed hard copy, that includes qualifications for desired applicants. RCW 49.58.110(1). This section only applies to employers with 15 or more employees. RCW 49.58.110(3).

25.     As described above, Defendant did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered in its job postings.

26.     Starting January 1, 2023, Plaintiff and the Class applied for job openings with Defendant where the job postings did not disclose the wage scale, salary range, and/or a general description of the benefits and other compensation to be offered. Accordingly, Defendant violated RCW 49.58.110(1).

27.     A job applicant or an employee is entitled to the remedies in RCW 49.58.060 and

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

49.58.070 for violations of this section. RCW 49.58.110(4). An employee may bring a civil against an employer for . . . actual damages; statutory damages equal to the actual damages or five thousand dollars, whichever is greater; interest of one percent per month on all compensation owed; and costs and reasonable attorneys' fees. The court may also order reinstatement and injunctive relief. RCW 49.58.070(1).

28.    Plaintiff and Class Members are entitled to actual or statutory damages, plus interest, and attorneys' fees and costs, under RCW 49.58.070(1).

## VII.    PRAYER FOR RELIEF

Wherefore, Plaintiff, on behalf of himself and the members of the Class, prays for judgment against Defendant as follows:

A.    An Order that this action may proceed and be maintained as a class action, certifying the Class as defined above for the Class Period defined above;

B.    A declaratory judgment that Defendant violated RCW 49.58.110(1);

C.    An award of statutory damages equal to Plaintiff and Class Members actual damages or five thousand dollars, whichever is greater, pursuant to RCW 49.58.070(1), plus interest, and reasonable attorneys' fees and costs; and

D.    All other relief this Court deems proper.

Dated this 28th day of June, 2024.          Respectfully submitted,

**ACKERMANN & TILAJEF, P.C.**

By: _____

Craig J. Ackermann, WSBA #53330
Brian Denlinger, WSBA #53177
Avi Kreitenberg, WSBA #53294
ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@ackermanntilajef.com
bd@ackermanntilajef.com
ak@ackermanntilajef.com

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST. #205 TACOMA, WA 98406
P: (253) 625-7720 / F: (310) 277-0635
E: BD@ACKERMANNTILAJEF.COM

# EXHIBIT A







All Careers        I'm a Veteran        Job Map        🖥 Commute Options        Join Our Talent Community

# Detail Technician

## Redmond, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

**Accept**



## Current Search Criteria

- ⊖ **Detail Technician**
- ⊖ **Redmond**
- ⊖ **Washington**
- ⊖ Clear All

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence, customer satisfaction, and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

- Details and cleans vehicle for customer delivery.
- Performs pre-wash on vehicle.
- Provides general maintenance to shop grounds.

## Qualifications

- Ability to receive direction and work well with others.
- Some experience in automotive field preferred but not required.
- Reliable work history.
- Strong attention to detail.
- Must be able to pass thorough background check.
- Must have valid Driver's License

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS                    BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

**Location** *US-WA-Redmond*

**ID** *2024-6754*

**Category** *Detail / Porter*

**Position Type** *Regular Full-Time*

**Remote** *No*

Apply Now



© 2024 Crash Champions. All rights reserved.        <u>Privacy Policy</u>                    BACK TO THE TOP ⌃

We use cookies to improve your experience on our site. To find out more, read our privacy policy.





All Careers     I'm a Veteran     Job Map     Commute Options     Join Our Talent Community

# Detail Technician

## Renton, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

Accept



## Current Search Criteria

- ⊖ **Detail Technician**
- ⊖ **Renton**
- ⊖ **Washington**
- ⊖ **Clear All**

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence, customer satisfaction, and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

- Details and cleans vehicle for customer delivery.
- Performs pre-wash on vehicle.
- Provides general maintenance to shop grounds.

## Qualifications

- Ability to receive direction and work well with others.
- Some experience in automotive field preferred but not required.
- Reliable work history.
- Strong attention to detail.
- Must be able to pass thorough background check.
- Must have valid Driver's License

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS                BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

**Location** *US-WA-Renton*

**ID** *2024-6219*

**Category** *Detail / Porter*

**Position Type** *Regular Full-Time*

**Remote** *No*

Apply Now



© 2024 Crash Champions. All rights reserved.      <u>Privacy Policy</u>          BACK TO THE TOP ⌃

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

5/28/24, 8:35 PM
Crash Champions is Hiring Auto Body Technicians in Auburn, Washington, United States.
Case 2:24-cv-01176-TSZ    Document 12    Filed 09/02/24    Page 16 of 31





Job Title, Keywords, Military Job Title or Code

City, State, Zip Code



SEARCH

All Careers     I'm a Veteran     Job Map     💻 Commute Options     Join Our Talent Community

# Auto Body Technician

## Auburn, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

Accept



## Current Search Criteria

⊖ Auto Body Technician

⊖ Auburn

⊖ Washington

⊖ Clear All

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence, customer satisfaction, and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

• **Examines damaged vehicle and efficiently plans repair process.**

• **Works and communicates with others on vehicle repair status.**

• **Performs quality repairs while keeping on-time status in mind.**

• **Makes decisions on repair vs. replace considering safety, cost, and cycle time.**

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS          BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

• **Participates in all required safety meetings.**

• **Files, grinds, and sands repaired surfaces, using power tools and hand tools.**

• **Directs the work of an apprentice in the performance of tasks when needed, i.e., unusual problems or questions and explains procedures to assistant.**

### Qualifications

- Certification in body repair preferred.
- Knowledge of vehicle repair process by manufacturer.
- I-CAR welding certified.
- Skill in analyzing and interpreting measuring data.
- Ability to supervise repair personnel.
- Must be able to pass thorough background check

### Benefits

- Competitive pay
- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

**Category** *Body Technician*

**Position Type** *Regular Full-Time*

**Remote** *No*

Apply Now



© 2024 Crash Champions. All rights reserved.    Privacy Policy

BACK TO THE TOP ∧



We use cookies to improve your experience on our site. To find out more, read our privacy policy.

Case 2:24-cv-01176-TSZ    Document 1-2    Filed 08/02/24    Page 20 of 31







| All Careers | I'm a Veteran | Job Map | 🖵 Commute Options | Join Our Talent Community |
| --- | --- | --- | --- | --- |

# Facilities Maintenance Technician

## Seattle, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

**Accept**



## Current Search Criteria

- ⊖ Facilities Maintenance Technicia...
- ⊖ Seattle
- ⊖ Washington
- ⊖ Clear All

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence customer satisfaction and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

**This position is located in the Seattle, WA area and the candidate should reside in the area for consideration.**

- Perform routine building maintenance
- Maintain facility equipment
- Quality management and safety management
- Obtain project / maintenance / repair estimates
- Supervise sub-contractors / vendors
- Complete maintenance duties as assigned from facilities manager
- Assist with special projects and additional duties as needs arise

## Qualifications

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS          BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

- Knowledgeable and basic understanding of plumbing, drywall repairs, and electric
- Must be able to travel regionally to support up to 20 collision repair shops within 200 miles of your local shop
- Preferred but not required; experience with running low voltage cable such as Cat6, air compressors, HVAC and paint booths
- Basic computer knowledge
- Possesses strong technical and mechanical skills
- Ability to lift 50 pounds
- Enjoy working with people to help resolve concerns

## Benefits

- Competitive pay
- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

**Location** *US-WA-Seattle*

**ID** *2024-6453*

**Category** *Construction and Management*

**Position Type** *Regular Full-Time*

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

Case 2:24-cv-01176-TSZ   Document 1-2   Filed 08/02/24   Page 23 of 31

Apply Now



© 2024 Crash Champions. All rights reserved.     Privacy Policy     BACK TO THE TOP ⌃



We use cookies to improve your experience on our site. To find out more, read our privacy policy.







All Careers       I'm a Veteran       Job Map       💻 Commute Options       Join Our Talent Community

# Parts Assistant

## Burien, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

**Accept**



## Current Search Criteria

⊖ Parts Assistant

⊖ Burien

⊖ Washington

⊖ Clear All

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence, customer satisfaction, and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

· **Receive and check in parts:** Receive and match delivered parts to repair orders and ensure all parts are placed and accounted for on the parts cart

· **Inspect delivered parts for quality:** Inspect parts for damage upon delivery – if parts are not available within two hours of expected drop off

· **Return incorrect parts:** Immediately to the vendor

· **Monitor deliveries:** Regularly communicate with vendor on parts status

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS     BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

## Qualifications

· Legally authorized to work in the United States

· High School Diploma or G.E.D.

· Valid Driver's License

## Benefits

- Competitive pay
- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

**Location** *US-WA-Burien*

**ID** *2024-6561*

**Category** *Parts*

**Position Type** *Regular Full-Time*

**Remote** *No*

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.



We use cookies to improve your experience on our site. To find out more, read our privacy policy.





Q  Job Title, Keywords, Military Job Title or Code

📍  City, State, Zip Code

SEARCH

**All Careers**      **I'm a Veteran**      **Job Map**      🖥 **Commute Options**      **Join Our Talent Community**

# Collision Estimator

## Kent, Washington

Apply Now

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

**Accept**



## Current Search Criteria

⊖ **Collision Estimator**

⊖ **Kent**

⊖ **Washington**

⊖ **Clear All**

## Our Company

The Difference is Trust. That sentiment has served as the cornerstone of the Crash Champions' DNA since its inception by founder and present-day CEO, Matt Ebert as a single Chicago-area repair center in 1999.

Today, Crash Champions, driven by a fiercely independent and customer-first focus, serves customers at more than 600 locations in 36 states across the U.S. Crash Champions remains the only founder-led national collision repair network, and is continually recognized for operational excellence, customer satisfaction, and a

## Champions Do More

At Crash Champions, We Believe the Difference is Trust. Crash Champions is the one of the fastest growing and most exciting brands in the collision repair industry. The company is the largest founder-led multi-shop operator (MSO) of high-quality collision repair service in the U.S., serving customers and business partners at more than 600 state-of-the-art repair centers in 36 states across the U.S. Crash Champions was founded in 1999 as a single Chicago repair center by industry veteran and 2022 MSO Executive of the Year, Matt Ebert. For more information, and to locate a local repair center, visit www.crashchampions.com.

## Responsibilities

- Educate customers on the process of vehicle repairs, insurance procedures, customer rights, repair techniques, safety, and value.
- Completes initial estimates, write complete estimates after full disassembly and damage evaluation, and lock final estimates
- Manage each repair throughout the process and ensure Crash Champions' quality standards by performing in-process QC.
- Keep every customer fully informed and updated on the status of their vehicle and provide the best possible experience for our customers.
- Able to pull and review all data procedures for/with Body Technicians and complete post-scanning for each vehicle in the

We use cookies to improve your experience on our site. To find out more, read our privacy policy.

## Our Programs and Benefits

Learn more about our program offerings and our comprehensive benefits so you and your family can be at your healthiest and best.

PROGRAMS          BENEFITS

OUR WHY

## EEO Statement

*Crash Champions is an equal-opportunity employer, providing opportunities to applicants and employees without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability.*

## Qualifications

- Customer Service Skills
- Organization and multi-tasking skills, good time management and the ability to adapt easily to fast-paced environment
- Knowledge of dealing with Insurance partners preferred
- Ability to deal with fast paced environments
- Knowledge of multiple estimating systems, CCC one preferred, Mitchell & Audatex

## Benefits

- Competitive pay
- Weekly Paychecks
- 401K with company match
- Medical/Vision/Dental Insurance
- Additional elective benefits

Submit a Referral

**Location** *US-WA-Kent*

**ID** *2024-6347*

**Category** *Estimatics*

**Position Type** *Regular Full-Time*

**Remote** *No*

We use cookies to improve your experience on our site. To find out more, read our privacy policy.



© 2024 Crash Champions. All rights reserved.   _Privacy Policy_     BACK TO THE TOP ⌃



We use cookies to improve your experience on our site. To find out more, read our privacy policy.